[No. 3957.    Decided October 26, 1901.]

BENJAMIN W. PADLEY, *Appellant*, v. JAMES GREGG, *et al.*, *Respondents*.

APPEALABLE ORDER — RULING ON DEMURRER.

An order sustaining a demurrer is not an appealable one.

Appeal from Superior Court, King County.—Hon. BOYD J. TALLMAN, Judge. Appeal dismissed.

*H. E. Foster,* for appellant.

*William Hickman Moore,* for respondents.

PER CURIAM.—Motion is made to dismiss the appeal in this case for the reason that said appeal is from an order sustaining a demurrer. The record showing that the appeal was taken from the order of the court sustaining a demurrer to appellant's complaint, the motion must be sustained, as we have decided in *Potvin v. McCorvey,* 1 Wash. 389 (25 Pac. 330), and *Mason County v. Dunbar,* 10 Wash. 163 (38 Pac. 1003), that an appeal will not lie from an order sustaining a demurrer. The case falls within the rule announced in those cases, and the appeal is dismissed.